UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| | CHAPTER 13 CASE |
| CHARLES EDWARD DAUGHTRY, | |
| | NO. 10-93328-CRM |
| Debtor. | |

## MODIFICATION TO CHAPTER 13 PETITION

Comes now the above Debtor, CHARLES EDWARD DAUGHTRY, and respectfully modifies his Chapter 13 Petition as follows:

1.

Debtor modifies Schedule I and Schedule J of his Chapter 13 Petition as shown attached.

2.

The Summary of Schedules and Statistical Summary are modified as shown attached.

WHEREFORE, Debtor prays his Petition for Bankruptcy be modified and the above changes be made as shown.

This _13_ day of September, 2011.

                                          Respectfully submitted,
                                          JEFF FIELD & ASSOCIATES

                                          _____
                                          R. JEFFREY FIELD
                                          Attorney for Debtor
                                          State Bar No. 259670

342 North Clarendon Avenue
Scottdale, Georgia 30079
404-499-2700

B6I (Official Form 6I) (12/07)

In re  Charles Edward Daughtry                    Case  10-93328-CRM
       Debtor                                          (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Divorced | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son | AGE(S): 19 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Retired | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | N.A. |
| | | |

INCOME: (Estimate of average or projected monthly income at time case filed)                DEBTOR           SPOUSE

1. Monthly gross wages, salary, and commissions                                          $      0.00      $     N.A.
   (Prorate if not paid monthly.)
2. Estimated monthly overtime                                                            $      0.00      $     N.A.
3. SUBTOTAL                                                                              $      0.00      $     N.A.

4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and social security                                                  $      0.00      $     N.A.
   b. Insurance                                                                          $      0.00      $     N.A.
   c. Union Dues                                                                         $      0.00      $     N.A.
   d. Other (Specify:_____ )                             $      0.00      $     N.A.

5. SUBTOTAL OF PAYROLL DEDUCTIONS                                                        $      0.00      $     N.A.

6.. TOTAL NET MONTHLY TAKE HOME PAY                                                      $      0.00      $     N.A.

7. Regular income from operation of business or profession or farm                       $      0.00      $     N.A.
   (Attach detailed statement)
8. Income from real property                                                             $      0.00      $     N.A.
9. Interest and dividends                                                                $      0.00      $     N.A.
10. Alimony, maintenance or support payments payable to the debtor for the
    debtor's use or that of dependents listed above.                                     $      0.00      $     N.A.
11. Social security or other government assistance                                       $  1,794.00      $     N.A.
    ( Specify) Social Security _____
12. Pension or retirement income                                                         $  1,365.00      $     N.A.
13. Other monthly income_____                          $      0.00      $     N.A.
    (Specify)      _____                               $      0.00      $     N.A.

14. SUBTOTAL OF LINES 7 THROUGH 13                                                       $  3,159.00      $     N.A.

15. AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14)                         $  3,159.00      $     N.A.

16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals                                           $  3,159.00
    from line 15)
                                                                (Report also on Summary of Schedules and, if applicable,
                                                                on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    None

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31143-302Y-01310

B6J (Official Form 6J) (12/07)

In re  Charles Edward Daughtry                                   Case No.  10-93328-CRM
           Debtor                                                                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 849.00 |
|     a. Are real estate taxes included?  Yes ✓  No ___ | |
|     b. Is property insurance included?  Yes ✓  No ___ | |
| 2. Utilities: a. Electricity and heating fuel | $ 130.00 |
|     b. Water and sewer | $ 30.00 |
|     c. Telephone | $ 100.00 |
|     d. Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 375.00 |
| 5. Clothing | $ 25.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 10.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 0.00 |
|     b. Life | $ 269.00 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 71.00 |
|     e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 0.00 |
|     b. Other | $ 0.00 |
|     c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 2,159.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    None

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
|     a. Average monthly income from Line 15 of Schedule I | $ 3,159.00 |
|     b. Average monthly expenses from Line 18 above | $ 2,159.00 |
|     c. Monthly net income (a. minus b.) | $ 1,000.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc, ver. 4.6.2-760 - 31143-302Y-01310

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re   Charles Edward Daughtry   
Debtor

Case No.   10-93328-CRM

Chapter   13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 145,000.00 | | |
| B – Personal Property | YES | 3 | $ 33,876.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $ 240,462.00 | |
| E – Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $ 19,634.00 | |
| F – Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 0.00 | |
| G – Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H – Codebtors | YES | 1 | | | |
| I – Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,159.00 |
| J – Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 2,159.00 |
| TOTAL | | 18 | $ 178,876.00 | $ 260,096.00 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31143-302Y-01310

Official Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

In re  Charles Edward Daughtry  
Debtor

Case No.  10-93328-CRM

Chapter  13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 19,634.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 19,634.00 |

**State the Following:**

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | $ 3,159.00 |
| Average Expenses (from Schedule J, Line 18) | $ 2,159.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 3,071.00 |

**State the Following:**

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 68,425.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 19,634.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 0.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 68,425.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc, ver. 4.6.2-760 - 31143-302Y-01310

## **VERIFICATION**

I declare under penalty of perjury that the facts contained in the foregoing document are true and correct to the best of my knowledge and belief.

Dated: September 8, 2011            /s/ Charles Edward Daughtry
                                    _____
                                    CHARLES EDWARD DAUGHTRY

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed a true and exact copy of the foregoing

"Modification to Chapter 13 Petition" to the following:

Nancy J. Whaley                                    **Via Electronic Service**
Suite 120
303 Peachtree Center Avenue
Atlanta, Georgia 30303

Charles Edward Daughtry
2910 Buford Drive
Apartment 1604
Buford, Georgia 30519

by placing a copy of same in a properly addressed envelope with sufficient postage affixed thereon to insure delivery and depositing same in the United States Mail.

This __13__ day of September, 2011.

                                      Respectfully submitted,
                                      JEFF FIELD & ASSOCIATES

                                      R. JEFFREY FIELD
                                      Attorney for Debtor
                                      State Bar No. 259670

342 North Clarendon Avenue
Scottdale, Georgia 30079
404-499-2700